UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

    JENNIFER Y. WILLIAMS,                              Case No. 15-53113-WSD
                                                        Chapter 13
    Debtor(s).                                            Hon. SHAPERO
_____/

## STIPULATION MODIFYING THE AUTOMATIC STAY
## AS TO UNIVERSITY OF MICHIGAN CREDIT UNION

THIS MATTER having come before the Court upon stipulation between Creditor, UNIVERSITY OF MICHIGAN CREDIT UNION ("Creditor") and the Debtor, JENNIFER Y. WILLIAMS ("Debtor"); the Credit Union having repossessed a 2010 Chevrolet Equinox (2CNALBEW7A6308632) ("Vehicle") pre-petition; the Debtor having requested return of the Vehicle; Creditor having requested, and the Debtor having agreed to adequate protection; the parties stipulate and agree as follows;

IT IS STIPULATED AND AGREED that Creditor, has a perfected security interest in the Vehicle.

IT IS FURTHER AGREED that Creditor may file a supplemental proof of claim for the costs of repossession and storage (if any) of the Vehicle and same shall be paid by the Trustee as an administrative expense pursuant to 11 U.S.C. §507(a)(2).

IT IS FURTHER AGREED that the Debtor shall remain current on all Chapter 13 Plan payments that come due. In the event the Debtor fails to remit any Chapter 13 Plan payments to the Trustee, Creditor may serve the Debtor and the Debtor's counsel with a Notice of Default and Debtor shall have twenty-five (25) days from the service of the Notice to cure the arrearage and remain current on payments which become due subsequent to the Notice, or the Creditor shall be granted relief from the automatic stay, through the submission to the Court of an Order Lifting Stay and without further proceedings before the Court.

IT IS FURTHER AGREED the Debtor shall maintain full coverage insurance coverage

with Creditor as loss payee. In the event the Debtor fails to maintain full coverage auto insurance as required under contract and law, Creditor may serve the Debtor and the Debtor's counsel with a Notice of Default and Debtor shall have ten (~~10~~) 15 days from the service of the Notice to cure the arrearage and remain current on payments which become due subsequent to the Notice, or the Creditor shall be granted relief from the automatic stay through the submission to the Court of an Order Lifting Stay and without further proceedings before the Court.

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

*/s/ Kimberly M. Lubinski*
KIMBERLY M. LUBINSKI (P62542)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586)777-0770
klubinski@bbrolaw.com

FREGO & ASSOCIATES - THE BANKRUPTCY LAW OFFICE PLC

w/ CHANGES

*/s/*
GLEN THOMAS TURPENING (P65230)
Attorney for Debtor
23843 Joy Road
Dearborn Heights, MI 48127
(313) 724-5088
turpening@yahoo.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re:

JENNIFER Y. WILLIAMS,  Case No. 15-53113-WSD
                       Chapter 13
Debtor(s).             Hon. SHAPERO
_____/

## ORDER MODIFYING THE AUTOMATIC STAY AS TO UNIVERSITY OF MICHIGAN CREDIT UNION

THIS MATTER having come before the Court upon stipulation between Creditor, UNIVERSITY OF MICHIGAN CREDIT UNION ("Creditor") and the Debtor, JENNIFER Y. WILLIAMS ("Debtor"); the Credit Union having repossessed a 2010 Chevrolet Equinox (2CNALBEW7A6308632) ("Vehicle") pre-petition; the Debtor having requested return of the Vehicle; Creditor having requested, and the Debtor having agreed to adequate protection; the parties stipulate and agree as follows;

IT IS HEREBY ORDERED that Creditor may file a supplemental proof of claim for the costs of repossession and storage (if any) of the Vehicle and same shall be paid by the Trustee as an administrative expense pursuant to 11 U.S.C. §507(a)(2).

IT IS FURTHER ORDERED that the Debtor shall remain current on all Chapter 13 Plan payments that come due. In the event the Debtor fails to remit any Chapter 13 Plan payments to the Trustee, Creditor may serve the Debtor and the Debtor's counsel with a Notice of Default and Debtor shall have twenty-five (25) days from the service of the Notice to cure the arrearage and remain current on payments which become due subsequent to the Notice, or the Creditor shall be granted relief from the automatic stay, through the submission to the Court of an Order Lifting Stay and without further proceedings before the Court.

IT IS FURTHER ORDERED the Debtor shall maintain full coverage insurance coverage with Creditor as loss payee. In the event the Debtor fails to maintain full coverage auto insurance as required under contract and law, Creditor may serve the Debtor and the Debtor's

counsel with a Notice of Default and Debtor shall have fifteen (15) days from the service of the Notice to cure the arrearage and remain current on payments which become due subsequent to the Notice, or the Creditor shall be granted relief from the automatic stay through the submission to the Court of an Order Lifting Stay and without further proceedings before the Court.

Exhibit A